# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABNER HAYNES LISTER,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>JAMES TILTON, Secretary, et al.,<br><br>　　　　　　　　　　　Respondents. | Civil No.   07-0822 BEN (JMA)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

On May 7, 2007, Petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. At the time of filing, Petitioner was apparently housed at Sierra Conservation Center and thus named I.D. Clay, as Respondent. Based on the notice of change of address Petitioner submitted to the Court on September 6, 2007, it appears Petitioner is no longer housed at Sierra Conservation Center; rather, it appears he is presently incarcerated at McCain Valley Conservation Campy in Boulevard, California.

A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of James Tilton, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "I.D. Clay." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir.

1  1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of
2  state penal institutions).  The Clerk of the Court shall modify the docket to reflect "James Tilton,
3  Secretary" as respondent in place of "I.D. Clay."

4  **IT IS SO ORDERED.**

5  DATED: September 11, 2007

7  Jan M. Adler
   U.S. Magistrate Judge