FILED

2010 MAR 18  AM 11: 39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ABNER HAYNES LISTER, | CASE NO. 07cv822 BEN (JMA) |
|---|---|
| Petitioner, | **ORDER DENYING CERTIFICATE** |
| v. | **OF APPEALABILITY** |
| MATTHEW CATE, Secretary, et al., | |
| Respondents.[1] | |

Concurrently herewith, the Court entered judgment denying the Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. Effective December 1, 2009, this Court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Rule 11 foll. 28 U.S.C. § 2254; 28 U.S.C. § 2253; Fed.R.App.P. 22(b). For the reasons set forth below, the Court **DENIES** certificate of appealability as to all claims asserted by Petitioner in his Petition for Writ of Habeas Corpus.

A certificate of appealability ("COA") is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2). The applicant must meet the "substantial showing" standard with respect to each issue he or she seeks to raise on appeal. *Lambright v. Stewart*, 220 F.3d 1022, 1024 (9th Cir. 2000). Where, as here, a habeas claim has been denied on its merits, a petitioner may meet the threshold of "substantial showing of the denial of a

---

[1] The Court substituted Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, as Respondent on May 29, 2008. *See* 28 U.S.C. § 2242; Rule 2(a) U.S.C. foll. § 2254; *Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996); *see also* Fed. R. Civ. P. 25(d).

07cv0822

constitutional right" by demonstrating that: (1) the issues are debatable among jurists of reason; (2) that a court could resolve the issues in a different manner; or (3) that the questions are adequate to deserve encouragement to proceed further. *Lambright*, 220 F.3d at 1024-25 (9th Cir. 2000), citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), and *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983). The purpose of this standard is "to promote Congress' intent to 'to prevent frivolous appeals from delaying the States' ability to impose sentences...' while at the same time protecting the right of petitioners to be heard." *Lambright*, 220 F.3d at 1025 (citing *Barefoot*, 463 U.S. at 892).

In this case, the Court finds that reasonable jurists would not find it debatable that Petitioner was denied a constitutional right, nor could a court resolve the issues in a different manner. *Slack*, 529 U.S. at 484; *Lambright*, 220 F.3d at 1026. The questions are also not adequate to deserve encouragement to proceed further. *Id.* Accordingly, the Court **DENIES** a certificate of appealability as to all of Petitioner's claims.

**IT IS SO ORDERED.**

Date: March ___, 2010

Hon. Roger T. Benitez
Judge, United States District Court

-2-

07cv0822